HUMBOLDT LUMBER COMPANY, INC., Respondent, v. LOUISVILLE & NASHVILLE RAILROAD COMPANY and THE LONG ISLAND RAILROAD COMPANY, Appellants.—

Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.